IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. NO. 04-1263-JJF |
| v. ) | |
| ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE ) | |
| SKIN SCIENCE, INC., JAN MARINI SKIN ) | |
| RESEARCH INC., INTERNATIONAL ) | |
| SHIELD INC., COSMESEARCH, INC., ) | |
| SKINCEUTICALS, INC. DERMATOLOGIC ) | |
| COSMETIC LABORATORIES LTD., AND ) | |
| PERRI SKIN CARE, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Jan Marini Skin Research Inc.'s time to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended through and including April 8, 2005.

CONNOLLY, BOVE, LODGE & HUTZ LLP        POTTER ANDERSON & CORROON LLP

By: _/s/ Arthur G. Connolly, III_                         By: _/s/ Philip A. Rovner_
Arthur G. Connolly, III (#2667)                          Philip A. Rovner (#3215)
Francis DiGiovonni (#3189)                                Hercules Plaza
The Nemours Building                                          P.O. Box 951
1007 N. Orange Street                                          Wilmington, DE 19899-0951
P.O. Box 2207                                                          (302) 984-6000
Wilmington, DE 19899

Attorneys for Plaintiff                                            Attorneys for Defendant
Tristrata Technology, Inc.                                      Jan Marini Skin Research Inc.

SO ORDERED this _____ day of March, 2005.

_____
United States District Judge

673017

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that, on March 9, 2005, I electronically filed the within document with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and that the following were served by hand delivery on March 9, 2005:

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Attorneys for Plaintiff
Tristrata Technology, Inc.

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

Attorneys for Defendant
International Shield Inc.

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Attorneys for Defendant
Dermatologic Cosmetic Laboratories Ltd.

Delia Ann Clark, Esq.
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Attorneys for Defendant
Ellen Lange Skin Science, Inc

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
provner@potteranderson.com

673200