# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.,  )
)   C. A. NO. 04-1263-JJF
      Plaintiff,  )
)
      v.  )
)
BEAUTY UNDERNEATH, ELLEN  )
LANGE SKIN SCIENCE, INC.,  )
JAN MARINI SKIN RESEARCH,  )
INC., INTERNATIONAL SHIELD INC.,  )
COSMESEARCH, INC.,  )
SKINCEUTICALS, INC.,  )
DERMATOLOGIC COSMETIC  )
LABORATORIES LTD., AND PERRI  )
SKIN CARE,  )
)
      Defendants.  )

## CORPORATE STATEMENT OF DEFENDANT JAN MARINI SKIN RESEARCH, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Jan Marini Skin

Research, Inc., states that it has no parent corporation, and that no publicly held corporation

owns ten percent (10%) or more of its stock.

POTTER ANDERSON & CORROON LLP

Of Counsel:

Alan H. Melnicoe                                By: _____
Jil D. Dalesandro                                    Philip A. Rovner (# 3215)
Hoge, Fenton, Jones & Appel, Inc.                    Hercules Plaza
60 South Market Street, Ste 1400                     P.O. Box 951
San Jose, CA 95113-2396                              Wilmington, DE 19899
(408) 287-9501                                       (302) 984-6000
                                                     E-mail: provner@potteranderson.com

Dated: April 8, 2005                             Attorneys for Defendant
677122                                           JAN MARINI SKIN RESEARCH, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

### CERTIFICATE OF SERVICE

I do hereby certify that, on April 8, 2005, the Corporate Statement of Defendant Jan

Marini Skin Research, Inc. was electronically filed with the Clerk of Court using CM/ECF which

will send notification of such filing to the following; that the document was served by hand on

the following counsel; and that the document is available for viewing and downloading from

CM/ECF.

**BY E-FILE AND HAND DELIVERY**

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY E-FILE AND HAND DELIVERY**

Delia Ann Clark, Esq
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: provner@potteranderson.com