IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1263-JJF |
| | ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD INC., COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES LTD., AND PERRI SKIN CARE | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Tristrata Technology, Inc. dismisses with prejudice all claims against Defendant Skinceuticals, Inc.

        CONNOLLY BOVE LODGE AND
        HUTZ LLP

        _/s/ Arthur G. Connolly III_
        Arthur G. Connolly III (I.D. #2667)
        Francis DiGiovanni (I.D. #3189)
        The Nemours Building
        1007 North Orange Street
        Wilmington, DE 19801
        (302) 658-9141
        *Attorneys for Plaintiff*

Dated: May 5, 2005

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Delia Ann Clark
Rawle & Henderson LLP
300 Delaware Ave, Suite 1015
Wilmington, DE 19801

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899

                                                  /s/Arthur G. Connolly, III
                                                  Arthur G. Connolly, III (#2667)