IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. NO. 04-1263-JJF |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BEAUTY UNDERNEATH, ELLEN | ) |
| LANGE SKIN SCIENCE, INC., JAN | ) |
| MARINI SKIN RESEARCH INC., | ) |
| INTERNATIONAL SHIELD INC., | ) |
| COSMESEARCH, INC., | ) |
| SKINCEUTICALS, INC., | ) |
| DERMATOLOGIC COSMETIC | ) |
| LABORATORIES LTD., AND PERRI | ) |
| SKIN CARE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT the undersigned, counsel for Jan Marini Skin Research, Inc., hereby certifies that copies of the following document were caused to be served on May 6, 2005 upon the following counsel of record as indicated:

INITIAL DISCLOSURES OF JAN MARINI SKIN RESEARCH, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

### BY HAND DELIVERY

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

Delia Ann Clark, Esq
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

OF COUNSEL:

Alan H. Melnicoe
Jil D. Dalesandro
Hoge, Fenton, Jones & Appel, Inc.
60 South Market Street, Ste 1400
San Jose, CA 95113-2396
(408) 287-9501

Dated: May 6, 2005

681159

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Defendant
JAN MARINI SKIN RESEARCH, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on May 6, 2005, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served by hand on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

**BY E-FILE AND HAND DELIVERY**

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY E-FILE AND HAND DELIVERY**

Delia Ann Clark, Esq
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com