IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1263-JJF |
| ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE ) | |
| SKIN SCIENCE, INC., JAN MARINI SKIN ) | |
| RESEARCH INC., INTERNATIONAL SHIELD ) | |
| INC., COSMESEARCH, INC., ) | |
| SKINCEUTICALS, INC., ) | |
| DERMATOLOGIC COSMETIC ) | |
| LABORATORIES LTD., AND ) | |
| PERRI SKIN CARE ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on May 25, 2005, this Notice of Service of Response to Defendant Ellen Lange Skin Science, Inc.'s Request for Production of Documents was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following. Also, a hard copy of the Response to Defendant Ellen Lange Skin Science, Inc.'s Request for Production of Documents was served on May 23, 2005, by facsimile and by first class mail to the following:

Delia Clark, Esquire
Thomas P. Wagner, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue
Wilmington, DE 19801

Fredrick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza
Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Arthur G. Connolly, III (Del. Bar No. 2667)
P.O. Box 2207
Wilmington, DE 19899-2207
(302)-658-9141
*Attorneys for Plaintiff Tristrata Technology, Inc.*