## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-1263 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE | ) | |
| SKIN SCIENCE, INC., JAN MARINI SKIN | ) | |
| RESEARCH, INC., INTERNATIONAL SHIELD | ) | |
| INC., COSMESEARCH, INC., SKINCEUTICALS, | ) | |
| INC., DERMATOLOGIC COSMETIC | ) | |
| LABORATORIES LTD., AND PERRI SKIN | ) | |
| CARE. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on May 31, 2005, true and correct copies of the

following documents were served on the following counsel of record at the addresses and

in the manner indicated:

DEFENDANT INTERNATIONAL SHIELD INC.'S
FIRST SET OF INTERROGATORIES (NOS. 1-11) TO PLAINTIFF TRISTRATA
TECHNOLOGY, INC.

DEFENDANT INTERNATIONAL SHIELD INC.'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS
TO PLAINTIFF TRISTRATA TECHNOLOGY, INC.

### BY HAND DELIVERY

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Delia Ann Clark, Esq
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899

OF COUNSEL:

Darren Schwiebert
FREDRIKSON & BYRON, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
(612) 492-7000

Dated:  May 31, 2005

684352

POTTER ANDERSON & CORROON LLP

By: _____
      Philip A. Rovner (#3215)
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE  19899-0951
      (302) 984-6000
      E-mail: provner@potteranderson.com

Attorneys for Defendant
International Shield Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on May 31, 2005, the within document was electronically filed

with the Clerk of Court using CM/ECF which will send notification of such filing to the

following; that the document was served by hand on the following counsel; and that the

document is available for viewing and downloading from CM/ECF.

**BY E-FILE AND HAND DELIVERY**

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY E-FILE AND HAND DELIVERY**

Delia Ann Clark, Esq
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: provner@potteranderson.com