IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1263 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH, INC., INTERNATIONAL SHIELD INC., COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES LTD., AND PERRI SKIN CARE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on July 1, 2005, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

INTERNATIONAL SHIELD INC.'S RESPONSES TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES

DEFENDANT INTERNATIONAL SHIELD INC.'S RESPONSES TO
PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

### BY HAND DELIVERY

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Delia Ann Clark, Esq
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

| | |
|---|---|
| Frederick L. Cottrell, III, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | Philip A. Rovner, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899 |

OF COUNSEL:

Darren Schwiebert
FREDRIKSON & BYRON, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
(612) 492-7000

Dated:  July 1, 2005

688884

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000
    E-mail: provner@potteranderson.com

Attorneys for Defendant
International Shield Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I do hereby certify that, on July 1, 2005, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served by hand on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

**BY E-FILE AND HAND DELIVERY**

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY E-FILE AND HAND DELIVERY**

Delia Ann Clark, Esq.
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899

_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: provner@potteranderson.com