UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1263-JJF |
| | ) |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD INC., COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES LTD., AND PERRI SKIN CARE | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF ADDRESS

Effective immediately, please be advised of the new address of the undersigned counsel as follows:

> Michael O. Warnecke, Esq.
> David R. Melton, Esq.
> Douglas L. Sawyer, Esq.
> Mayer, Brown, Rowe & Maw LLP
> 71 South Wacker Drive
> Chicago, IL 60606-4637
> Tel:   (312) 782-0600
> Fax:   (312) 701-7711

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff Tristrata Technology, Inc.*

Michael O. Warnecke
David R. Melton
Douglas L. Sawyer
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
545 Madison Avenue, 15th Floor
New York, NY 10022
(212) 688-9840

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Delia Ann Clark
Rawle & Henderson LLP
300 Delaware Ave, Suite 1015
Wilmington, DE 19801

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)