UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEAUTY UNDERNEATH, ELLEN LANGE )<br>SKIN SCIENCE, INC., JAN MARINI SKIN )<br>RESEARCH INC., INTERNATIONAL SHIELD )<br>INC., COSMESEARCH, INC., )<br>SKINCEUTICALS, INC., )<br>DERMATOLOGIC COSMETIC )<br>LABORATORIES LTD., AND )<br>PERRI SKIN CARE )<br>)<br>Defendants. ) | C.A. No. 04-1263-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 30th day of June, 2005, copies of **Tristrata Technology, Inc.'s Response to International Shield Inc.'s First Set of Requests for Production of Documents and Things** were served by Douglas L. Sawyer, Esq. of Mayer, Brown, Rowe & Maw LLP upon the following counsel of record for Defendants in the manner indicated:

### VIA FACSIMILE & U.S. MAIL

Delia Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue
Wilmington, DE 19801

Fredrick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

Dated: July 6, 2005                          CONNOLLY BOVE LODGE & HUTZ LLP

_____
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff Tristrata Technology, Inc.*

Michael O. Warnecke
David R. Melton
Douglas L. Sawyer
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Kevin M. McGovern
Brian T. Foley
McGOVERN & ASSOCIATES
545 Madison Avenue, 15th Floor
New York, NY 10022
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Delia Ann Clark
Rawle & Henderson LLP
300 Delaware Ave, Suite 1015
Wilmington, DE 19801

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)