IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | C. A. NO. 04-1263-JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BEAUTY UNDERNEATH, ELLEN ) | |
| LANGE SKIN SCIENCE, INC., ) | |
| JAN MARINI SKIN RESEARCH, ) | |
| INC., INTERNATIONAL SHIELD INC., ) | **JURY TRIAL DEMANDED** |
| COSMESEARCH, INC., ) | |
| SKINCEUTICALS, INC., ) | |
| DERMATOLOGIC COSMETIC ) | |
| LABORATORIES LTD., AND PERRI ) | |
| SKIN CARE, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO JAN MARINI SKIN RESEARCH INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Tristrata Technology, Inc. and Jan Marini Skin Research Inc., through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims which Plaintiff asserts against Defendant, Jan Marini Skin Research Inc., and all counterclaims which Defendant, Jan Marini Skin Research Inc. asserts against Plaintiff, are hereby dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

| CONNOLLY BOVE LODGE AND HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Philip A. Rovner |
| By: _____<br>　　　Arthur G. Connolly, III (#2667)<br>　　　Francis DiGiovanni (#3189)<br>　　　The Nemours Building<br>　　　1007 N. Orange Street<br>　　　Wilmington, DE 19899<br>　　　(302) 658-9141<br>　　　E-mail: ac3@cblhlaw.com<br>　　　　　　　fd@cblhlaw.com | By: _____<br>　　　Philip A. Rovner (#3215)<br>　　　Hercules Plaza<br>　　　P.O. Box 951<br>　　　Wilmington, DE 19899<br>　　　(302) 984-6000<br>　　　E-mail: provner@potteranderson.com |
| Attorneys for Plaintiff<br>Tristrata Technology, Inc. | Attorneys for Defendant<br>Jan Marini Skin Research Inc. |

　　　SO ORDERED this _____ day of _____, 2005.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge

693994

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on August 9, 2005, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel by hand; and that the document is available for viewing and downloading from CM/ECF.

**BY E-FILE AND HAND DELIVERY**

Arthur G. Connolly, III, Esq.
Francis DiGiovonni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY E-FILE AND HAND DELIVERY**

Delia Ann Clark, Esq
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

/s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com