IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1263-JJF |
| | ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD, INC, COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES LTD., AND PERRI SKIN CARE | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S WITHDRAWAL OF ITS MOTION TO COMPEL (D.I. 62)**

Plaintiff Tristrata Technology, Incorporated, by and through its counsel, respectfully withdraws its motion to compel production of documents from defendant International Shield, Inc. (D.I. 62).

Dated: August 17, 2005

Respectfully submitted,

/s/ Francis DiGiovanni
Arthur G. Connolly, III (#2667)
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Michael O. Warnecke
David R. Melton
Douglas L. Sawyer
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-8602

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
545 Madison Avenue
Suite 15th Floor
New York, NY 10022
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Delia Ann Clark
Rawle & Henderson LLP
300 Delaware Ave, Suite 1015
Wilmington, DE 19801

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)