IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-1263-JJF |
| ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE ) | |
| SKIN SCIENCE, INC., JAN MARINI SKIN ) | |
| RESEARCH, INC., INTERNATIONAL SHIELD ) | |
| INC., COSMESEARCH, INC., SKINCEUTICALS, ) | |
| INC., DERMATOLOGIC COSMETIC ) | |
| LABORATORIES LTD., AND PERRI SKIN ) | |
| CARE, ) | |
| Defendants. | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the Rule 16 Scheduling Order (D.I. 39) in this action be amended as follows:

1) All fact discovery must be commenced so as to be completed by October 7, 2005.

2) Reports from retained experts required by Fed. R. Civ. P 26(a)(2) are due from the plaintiff by October 26, 2005; from the defendants by November 18, 2005.

3) The parties agree that the Markman Hearing currently scheduled for October 4, 2005 should be taken off calendar and rescheduled. The Markman Hearing shall be held on November ___, 2005 at _____. Markman briefs shall be filed 14 days before the Hearing. Answering briefs shall be filed 7 days before the Hearing. **[Should the Court desire, the parties are available for a Scheduling Conference to address scheduling of the Markman Hearing.]**

4) All other dates in the Court's Rule 16 Scheduling Order (D.I. 39), and Order of February 7, 2005 (D.I. 41), including the date for case dispositive motions and the pretrial conference, shall remain unchanged.

| CONNOLLY, BOVE, LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Arthur G. Connolly, III<br>Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>E-mail: AConnollyIII@cblh.com<br><br>Attorneys for Plaintiff<br>TriStrata Technology, Inc. | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>E-mail: provner@potteranderson.com<br><br>Attorneys for Defendant<br>International Shield Inc. |
| RAWLE & HENDERSON LLP | RICHARDS, LAYTON & FINGER |
| By: /s/ Delia Ann Clark<br>Delia Ann Clark (#3337)<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801<br>(302) 778-1200<br>E-mail: dclark@rawle.com<br><br>Attorneys for Defendant<br>Ellen Lange Skin Science, Inc. | By: /s/ Frederick L. Cottrell<br>Frederick L. Cottrell (#2555)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7509<br>E-mail: cottrell@rlf.com<br><br>Attorneys for Defendant<br>Dermatologic Cosmetic Laboratories Ltd. |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge