# EXHIBIT 1



July 18, 2005

**VIA UPS**

Delia Clark
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19899

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Douglas L. Sawyer**
Direct Tel (312) 701-7244
Direct Fax (312) 706-8337
dsawyer@mayerbrownrowe.com

Re:    Tristrata Technology Inc. v. Ellen Lange

Dear Delia:

This letter addresses several outstanding issues regarding the above captioned matter. First, TTI requests that Ellen Lange produce the documents responsive to TTI's First Set of Document Requests by August 1, 2005. TTI is prepared to produce documents responsive to your requests immediately. The documents are located at our office in Chicago and consist of roughly 20 boxes or approximately 50,000 pages. To facilitate the production of documents, I have enclosed a protective order that has been entered in previous TTI litigation. However, in light of Delaware local rule 26.2, all documents will be treated as "attorneys eyes only" until a protective order can be agreed upon; therefore, any issues with the protective order should not affect document production.

Next, I have also enclosed a copy of a *Markman* Order issued by Judge Farnan regarding the patents at issue. It is TTI's position that in light of Judge Farnan's earlier order and his adoption of that order in subsequent cases, that no claim construction issues are present in this litigation. Therefore, it is TTI's position that we should inform the Court that the scheduled *Markman* briefing and hearing is not necessary. If you should disagree with this position, please inform TTI no later than August 12, 2005.

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw ● P

Delia Clark
July 18, 2005
Page 2

Finally, please also find enclosed a Notice of 30(b)(6) Deposition of Ellen Lange.  If you should have any questions, please do not hesitate to contact us.

Very truly yours,

Douglas L. Sawyer

DLS/ms
Enclosures

cc:    Michael O. Warnecke

CHDB04 13266880.1   18-Jul-05 16:23

# EXHIBIT 2

```
M A Y E R
B R O W N
R   O   W   E
&   M  A  W
```

August 10, 2005

**VIA E-MAIL**

Delia Clark
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19899
dclark@rawle.com

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Aric S. Jacover**
Direct Tel (312) 701-7161
Direct Fax (312) 706-8674
asjacover@mayerbrownrowe.com

Re:    Tristrata Technology, Inc. v. Ellen Lange, et al.

Dear Ms. Clark:

I write to confirm and follow up on your August 8, 2005 phone conversation with Rob Unikel regarding discovery matters in the above-titled litigation.

In that conversation, you indicated that you have not yet drafted written responses to discovery served on May 27, 2005, nor have you begun to collect documents from your client. You also indicated that you cannot provide a specific date for your client's Rule 30(b)(6) deposition, but will not produce a witness in Chicago next week per our notice of deposition.

We informed you that in light of the current status of discovery, and the fact that discovery closes on August 26, 2005, we had no choice but to file a Motion to Compel. You asked us not to file the motion immediately, and indicated that you would get back to us after you have spoken with your client about the outstanding discovery responses and documents. We told you that if we did not receive information and dates certain to enable us to complete discovery, we would be filing a Motion to Compel next week. You promised to send us a letter yesterday confirming this understanding, yet, to date, we have received no such letter. If we do not receive the requested information from you, we will have no choice but to file our Motion to Compel early next week.

Finally, you also indicated that you would compile full sales figures regarding the accused products such that we may engage in meaningful settlement negotiations. To date, we have not received those full sales figures, but we would be interested in discussing resolution of this matter short of continued litigation if those figures are forthcoming.

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw L⬤                    ⬤

Delia Clark
August 10, 2005
Page 2

     I look forward to receiving the requested discovery responses, documents, sales figures and deposition dates as soon as possible.

Sincerely,

Aric S. Jacover

cc:    Michael O. Warnecke
       Rob Unikel
       Chip Connolly

# EXHIBIT 3

RightFax            8/16/2005 1:51    PAGE 2/2    RightFax

# RAWLE & HENDERSON LLP



DELIA A. CLARK
215-575-4291
dclark@rawle.com

The Nation's Oldest Law Offices - *Established in 1783*

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. Box 588
WILMINGTON, DE 19899-0588

TELEPHONE: (302) 778-1200
FACSIMILE: (302) 778-1400

August 16, 2005

Aric S. Jacover
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

    Re:    Tristrata Technology, Inc. v. Ellen Lang Skin Science, Inc.
           C. A. No. 04C-1263
           Our File No.: 300594

Dear Mr. Jacover:

    This letter will confirm our telephone conversation wherein we discussed my client's outstanding discovery. I have requested that you permit me to respond on or about September 15, 2005. I understand that a Stipulation to Extend Discovery will be forwarded. As for 30(b)6 deposition, Ms. Lange will be made available for deposition in my Wilmington office.

    At this time, I would request whether the materials identified in your discovery responses can be made available for reviewing in your local counsel's office. Please advise.

    Thank you for your time and attention.


    Very truly yours,

    RAWLE & HENDERSON LLP


    By:    Delia A. Clark
           Delia A. Clark

DAC/dc


1189876 v.1

# EXHIBIT 4

MAYER
BROWN
ROWE
& MAW

August 16, 2005

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

VIA E-MAIL

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Delia Clark
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19899
dclark@rawle.com

**Aric S. Jacover**
Direct Tel (312) 701-7161
Direct Fax (312) 706-8674
asjacover@mayerbrownrowe.com

Re:    Tristrata Technology, Inc. v. Ellen Lange, et al.

Dear Ms. Clark:

        Thank you for your letter of August 16, 2005, in which you confirm that you will provide
Ellen Lange's outstanding discovery responses – including written discovery responses,
documents and Rule 30(b)(6) deposition dates – by September 15, 2005.  As such, I told you that
TTI would hold off filing a motion to compel relating to those items for the time being,
contingent, of course, on the Court's acceptance of a stipulated revised scheduling order in which
all discovery dates (except for the pre-trial date) would be extended by two months.  In addition,
I look forward to receiving the full sales data for Ellen Lange's AHA products in advance of that
date so that we may engage in meaningful settlement negotiations.

        Finally, the documents identified in TTI's discovery responses cannot be made available
in local counsel's office.  The documents can be made available for your review in our offices in
Chicago.  If you would like to schedule a time to come and review the documents, please let me
know.

        Thank you for your consideration of this matter.

Sincerely,

Aric S. Jacover

cc:    Michael O. Warnecke
       Rob Unikel
       Chip Connolly

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

# EXHIBIT 5

```
M A Y E R
B R O W N
R  O  W  E
&  M A W
```

September 9, 2005

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

VIA E-MAIL

Main Tel (312) 782-0600
Main Fax (312) 701 7711
www.mayerbrownrowe.com

Delia Clark
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19899
dclark@rawle.com

**Aric S. Jacover**
Direct Tel (312) 701-7161
Direct Fax (312) 706-8674
asjacover@mayerbrownrowe.com

Re:    Tristrata Technology, Inc. v. Ellen Lange, et al.

Dear Ms. Clark:

This is to follow up on my letter of August 16, 2005 in which we agreed to allow you until September 15, 2005 to produce outstanding written discovery responses, documents and 30(b)(6) deposition dates. Please be advised that we will file a motion to compel on all outstanding discovery if those materials are not received by us on or before September 15.

As you know, according to the revised discovery schedule, fact discovery ends on October 14, 2005. We still have not received any proposed deposition dates from you in response to our original Rule 30(b)(6) notice. Accordingly, please find enclosed a renewed 30(b)(6) deposition notice scheduled for October 4, 2005, and a deposition notice for Ellen Lange scheduled for October 5, 2005.

We also have requested on several occasions that you provide the full sales figures for Ellen Lange's AHA products so that we may engage in meaningful settlement negotiations. Based on what you have said regarding Ellen Lange's sales, it appears it would be in the interest of both parties to pursue settlement in this case. However, in lieu of receiving the sales figures and engaging in such settlement negotiations, we have no choice but to move forward on the litigation front.

I look forward to receiving the sales figures and discovery responses as soon as possible.

Sincerely,

Aric S. Jacover

Enclosures

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.