IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 04-1263-JJF |
| ) | |
| BEAUTY UNDERNEATH, ELLEN ) | |
| LANGE SKIN SCIENCE, INC., JAN ) | |
| MARINI SKIN RESEARCH INC., ) | |
| INTERNATIONAL SHIELD INC., ) | |
| COSMESEARCH, INC. ) | |
| SKINCEUTICALS, INC., ) | |
| DERMATOLOGIC COSMETIC ) | |
| LABORATORIES LTD. AND PERRI ) | |
| SKIN CARE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 20th day of September, 2005, copies of Dermatologic's First Request for Production and First Set of Interrogatories were served in the manner indicated on the following counsel of record:

**VIA HAND DELIVERY**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899

/s/ Frederick L. Cottrell
Frederick L Cottrell (#2555)
Cottrell@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: 302-651-7700
Fax: 302-651-7701
Attorneys for Dermatologic Cosmetic
Laboratories Ltd.

Dated: September 20, 2005

RLF1-2924625-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2005, I electronically filed and hand delivered the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**VIA HAND DELIVERY**

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE  19899

Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
king@rlf.com