IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | : | |
| *Plaintiff,* | : | |
| v. | : | Case No.: 04-1263-JJF |
| | : | |
| BEAUTY UNDERNEATH, ELLEN | : | |
| LANGE SKIN SCIENCE, INC., | : | |
| ET AL    *Defendants.* | : | |

<u>NOTICE OF SERVICE</u>

I hereby certify that on the 23rd day of September, 2005 copies of Ellen Lange Skin Science's Responses to Plaintiff's discovery requests were served in the manner indicated on the following counsel of record:

Arthur G. Connolly III, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

Philip Rovner
Potter, Anderson & Carroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

Fredrick Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**and via facsimile to**
Douglas L. Sawyer
Mayer, Brown, Rowe & Maw
71 South Wacker Drive
Chicago, IL  60606
312-701-7711

RAWLE & HENDERSON, LLP:

By:_____
    Delia Clark, Esquire (3337)
    Attorneys for Defendant,
    Ellen Lange Skin Science, Inc.
    300 Delaware Avenue
    Suite 1015
    Wilmington, DE 19801
    (302)778-1200

1207237 v.1

## CERTIFICATE OF SERVICE

I, Delia Clark, hereby certify that on the 23rd day of September, 2005, a true and correct copy of the foregoing was caused to be served upon counsel of record at the following addresses as indicated:

Arthur G. Connolly III, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

Fredrick Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip Rovner
Potter, Anderson & Carroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

**and via facsimile to**
Douglas L. Sawyer
Mayer, Brown, Rowe & Maw
71 South Wacker Drive
Chicago, IL  60606
312-701-7711

RAWLE & HENDERSON, LLP:

By:_____
    Delia Clark, Esquire (3337)
    Attorneys for Defendant,
    Ellen Lange Skin Science
    300 Delaware Avenue
    Suite 1015
    Wilmington, DE 19801
    (302)778-1200

1207237 v.1