IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1263-JJF |
| | ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD, INC, COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES LTD., AND PERRI SKIN CARE | )))))))) | |
| Defendants. | ) | |

**PLAINTIFF'S WITHDRAWAL OF ITS MOTION TO COMPEL (D.I. 67)**

Plaintiff Tristrata Technology, Incorporated, by and through its counsel, respectfully withdraws its motion to compel discovery responses and production of documents from defendant Ellen Lange Skin Science, Inc. (D.I. 67).

Dated: September 30, 2005

Respectfully submitted,

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Michael O. Warnecke
David R. Melton
Douglas L. Sawyer
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-8602

Kevin M. McGovern  
Brian T. Foley  
McGovern & Associates  
545 Madison Avenue  
Suite 15th Floor  
New York, NY 10022  
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899


I HEREBY CERTIFY that on September 30, 2005, I served a true and correct copy of the foregoing document to the following counsel of record in the manner indicated:

**BY HAND:**
Delia Ann Clark
Rawle & Henderson LLP
300 Delaware Ave, Suite 1015
Wilmington, DE 19801


/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)