IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 04-1263-JJF |
| ) | |
| BEAUTY UNDERNEATH, ELLEN ) | |
| LANGE SKIN SCIENCE, INC., JAN ) | |
| MARINI SKIN RESEARCH INC., ) | |
| INTERNATIONAL SHIELD INC., ) | |
| COSMESEARCH, INC. ) | |
| SKINCEUTICALS, INC., ) | |
| DERMATOLOGIC COSMETIC ) | |
| LABORATORIES LTD. AND PERRI ) | |
| SKIN CARE, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Tristrata Technology, Inc. ("Tristrata") and Dermatologic Cosmetic Laboratories, Inc. ("Dermatologic"), through their respective undersigned counsel of record and subject to the approval of this Court that, pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims which Tristrata asserts against Dermatologic, and all counterclaims which Dermatologic asserts against Tristrata, are hereby dismissed.

Each party shall bear its own attorneys' fees and costs.

RLF1-2934830-1

| | |
|---|---|
| /s/ Arthur G. Connolly, III | *[signature]* |
| Arthur G. Connolly, III (#2667) | Frederick L. Cottrell, III (#2555) |
| ac3@cblhlaw.com | cottrell@rlf.com |
| Francis DiGiovonni (#3189) | Matthew W. King (#4566) |
| fd@cblhlaw.com | king@rlf.com |
| Connolly, Bove, Lodge & Hutz LLP | Richards, Layton & Finger, P.A. |
| The Nemours Building | One Rodney Square, P.O. Box 551 |
| 1007 N. Orange Street, P.O. Box 2207 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 651-7700 |
| Attorneys for Plaintiff, | Attorneys for Defendant |
| Tristrata Technology, Inc. | Dermatologic Cosmetic Laboratories Inc. |

SO ORDERED THIS _____ DAY OF _____, 2005

_____
United States District Judge