**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Arthur G. Connolly, III
Partner
TEL (302) 888 6318
FAX (302) 658 0380
EMAIL ac3@cblhlaw.com
REPLY TO Wilmington Office

October 26, 2005

**Via CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

Re: **TriStrata Technology, Inc. v. Beauty Underneath, et al.,
Civil Action No. 04-1263 JJF**

Dear Judge Farnan:

  We represent Plaintiff in the above-captioned matter. I am pleased to report to Your Honor that Plaintiff has settled this matter with the two remaining defendants – International Shield, Inc. and Ellen Lang Skin Science, Inc. We anticipate filing stipulations of dismissal with counsel for each remaining defendant shortly. As a result of these settlements, we will not need to go forward with the scheduled Markman hearing.

  We are available should Your Honor have any questions or comments.

Respectfully,

*Arthur J. Connolly III*

Arthur G. Connolly, III

cc: Delia Ann Clark, Esquire (by hand)
   Philip A. Rovner, Esquire (by CM/ECF)
   Michael O. Warnecke, Esquire (by facsimile)
   Brian T. Foley, Esquire (by facsimile)