IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 04-1263-JJF
:
BEAUTY UNDERNEATH, et al., :
:
    Defendants. :

### O R D E R

WHEREAS, the Court has been advised by Arthur G. Connolly, III, Esquire that Plaintiff and the two remaining Defendants have reached a settlement in this matter (D.I. 73);

NOW THEREFORE, IT IS HEREBY ORDERED that this matter is **STAYED** and **CLOSED** administratively. The parties shall file a Stipulation of Dismissal, which may include terms of the settlement, within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

November 17, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE