# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1263-JJF |
| | ) |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD, INC., COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES PERRI SKIN CARE | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff TriStrata Technologies, Inc. ("TTI") and Defendant Ellen Lange Skin Science, Inc. ("Ellen Lange") having entered into a settlement agreement, it is hereby stipulated that this action may be and all claims and counterclaims asserted by TTI and Ellen Lange are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| CONNOLLY BOVE LODGE & HUTZ LLP | RAWLE & HENDERSON LLP |
|---|---|
| ___/s/Arthur G. Connolly, III_____ | ___/s/ Delia Ann Clark_____ |
| Arthur G. Connolly, III (#2667) | Delia Ann Clark (#3337) |
| The Nemours Building | 300 Delaware Avenue |
| 1007 North Orange Street | Suite 1015 |
| P.O. Box 2207 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 778-1200 |
| (302) 658-9141 | Email: dclark@rawle.com |
| Email: AConnollyIII@cblh.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | Ellen Lange Skin Science, Inc. |
| Tristrata Technology, Inc. | |
| | Dated: December 14, 2005 |
| Dated: December 14, 2005 | |

SO ORDERED this _____ day of December, 2005.

_____
United States District Judge