# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 04-1263-JJF |
| | ) |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN | ) |
| SCIENCE, INC., JAN MARINI SKIN RESEARCH | ) |
| INC., INTERNATIONAL SHIELD, INC., | ) |
| COSMESEARCH, INC., SKINCEUTICALS, INC., | ) |
| DERMATOLOGIC COSMETIC LABORATORIES | ) |
| PERRI SKIN CARE | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff TriStrata Technologies, Inc. ("TTI") and Defendant International Shield Inc. ("International Shield") having entered into a settlement agreement, it is hereby stipulated that this action may be and all claims and counterclaims asserted by TTI and International Shield are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

CONNOLLY BOVE LODGE & HUTZ LLP          POTTER ANDERSON & CORROON LLP

___/s/Arthur G. Connolly, III_____          ___/s/ Philip A. Rovner_____
Arthur G. Connolly, III (#2667)               Philip A. Rovner (#3215)
The Nemours Building                          Hercules Plaza
1007 North Orange Street                      P.O. Box 951
P.O. Box 2207                                 Wilmington, DE 19899
Wilmington, DE 19899                          (302) 984-6000
(302) 658-9141                                Email: provner@potteranderson.com
Email: AConnollyIII@cblh.com

                                              Attorneys for Defendant
Attorneys for Plaintiff                       International Shield Inc.
Tristrata Technology, Inc.
                                              Dated: December 15, 2005
Dated: December 15, 2005

      SO ORDERED this _____ day of December, 2005.

_____
United States District Judge