REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-1263 | 09/14/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Tristrata Technology | Beauty Underneath |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,091,171 | 2/25/92 | Ruey Yu |
| 2 | 5,385,938 | 1/31/95 | Ruey Yu |
| 3 | 5,389,677 | 2/14/95 | Ruey Yu |
| 4 | 5,422,370 | 6/6/95 | Ruey Yu |
| 5 | 5,547,988 | 8/20/96 | Ruey Yu |
| 6 | 5,665,776 | 9/9/97 | Ruey Yu |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

*See attached*

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | *[signature]* | 2/21/06 |
| | | 09/15/04 |