IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1263-JJF |
| | ) |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD, INC., COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES PERRI SKIN CARE | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff TriStrata Technologies, Inc. ("TTI") and Defendant Ellen Lange Skin Science, Inc. ("Ellen Lange") having entered into a settlement agreement, it is hereby stipulated that this action may be and all claims and counterclaims asserted by TTI and Ellen Lange are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| CONNOLLY BOVE LODGE & HUTZ LLP | RAWLE & HENDERSON LLP |
|---|---|
| /s/Arthur G. Connolly, III | /s/ Delia Ann Clark |
| Arthur G. Connolly, III (#2667) | Delia Ann Clark (#3337) |
| The Nemours Building | 300 Delaware Avenue |
| 1007 North Orange Street | Suite 1015 |
| P.O. Box 2207 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 778-1200 |
| (302) 658-9141 | Email: dclark@rawle.com |
| Email: AConnollyIII@cblh.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | Ellen Lange Skin Science, Inc. |
| Tristrata Technology, Inc. | |
| | Dated: December 14, 2005 |
| Dated: December 14, 2005 | |

SO ORDERED this _____ day of December, 2005.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | C. A. NO. 04-1263-JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BEAUTY UNDERNEATH, ELLEN ) | |
| LANGE SKIN SCIENCE, INC., ) | |
| JAN MARINI SKIN RESEARCH, ) | |
| INC., INTERNATIONAL SHIELD INC., ) | JURY TRIAL DEMANDED |
| COSMESEARCH, INC., ) | |
| SKINCEUTICALS, INC., ) | |
| DERMATOLOGIC COSMETIC ) | |
| LABORATORIES LTD., AND PERRI ) | |
| SKIN CARE, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO JAN MARINI SKIN RESEARCH INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Tristrata Technology, Inc. and Jan Marini Skin Research Inc., through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims which Plaintiff asserts against Defendant, Jan Marini Skin Research Inc., and all counterclaims which Defendant, Jan Marini Skin Research Inc. asserts against Plaintiff, are hereby dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| CONNOLLY BOVE LODGE AND HUTZ LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Arthur G. Connolly, III | /s/ Philip A. Rovner |
| By: _____<br>    Arthur G. Connolly, III (#2667)<br>    Francis DiGiovanni (#3189)<br>    The Nemours Building<br>    1007 N. Orange Street<br>    Wilmington, DE 19899<br>    (302) 658-9141<br>    E-mail: ac3@cblhlaw.com<br>           fd@cblhlaw.com | By: _____<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    E-mail: provner@potteranderson.com |
| Attorneys for Plaintiff<br>Tristrata Technology, Inc. | Attorneys for Defendant<br>Jan Marini Skin Research Inc. |

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge

693994

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEAUTY UNDERNEATH, ELLEN LANGE SKIN )<br>SCIENCE, INC., JAN MARINI SKIN RESEARCH )<br>INC., INTERNATIONAL SHIELD, INC., )<br>COSMESEARCH, INC., SKINCEUTICALS, INC., )<br>DERMATOLOGIC COSMETIC LABORATORIES )<br>PERRI SKIN CARE )<br>)<br>Defendants. ) | C.A. No. 04-1263-JJF |

## STIPULATION OF DISMISSAL

Plaintiff TriStrata Technologies, Inc. ("TTI") and Defendant International Shield Inc. ("International Shield") having entered into a settlement agreement, it is hereby stipulated that this action may be and all claims and counterclaims asserted by TTI and International Shield are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

CONNOLLY BOVE LODGE & HUTZ LLP         POTTER ANDERSON & CORROON LLP

　 /s/Arthur G. Connolly, III　　　　　　　　　　 /s/ Philip A. Rovner　　　　
Arthur G. Connolly, III (#2667)                        Philip A. Rovner (#3215)
The Nemours Building                                   Hercules Plaza
1007 North Orange Street                               P.O. Box 951
P.O. Box 2207                                          Wilmington, DE 19899
Wilmington, DE 19899                                   (302) 984-6000
(302) 658-9141                                         Email: provner@potteranderson.com
Email: AConnollyIII@cblh.com
                                                       Attorneys for Defendant
Attorneys for Plaintiff                                International Shield Inc.
Tristrata Technology, Inc.
                                                       Dated: December 15, 2005
Dated: December 15, 2005

　　　　　　SO ORDERED this _____ day of December, 2005.


_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1263-JJF |
| | ) |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD INC., COSMESEARCH, INC., SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES LTD., AND PERRI SKIN CARE | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Tristrata Technology, Inc. dismisses with prejudice all claims against Defendant Skinceuticals, Inc.

CONNOLLY BOVE LODGE AND
HUTZ LLP

*/s/ Arthur G. Connolly III*

Arthur G. Connolly III (I.D. #2667)
Francis DiGiovanni (I.D. #3189)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
*Attorneys for Plaintiff*

Dated: May 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 04-1263-JJF |
| | ) | |
| BEAUTY UNDERNEATH, ELLEN LANGE SKIN SCIENCE, INC., JAN MARINI SKIN RESEARCH INC., INTERNATIONAL SHIELD INC., COSMESEARCH, INC. SKINCEUTICALS, INC., DERMATOLOGIC COSMETIC LABORATORIES LTD. AND PERRI SKIN CARE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Tristrata Technology, Inc. ("Tristrata") and Dermatologic Cosmetic Laboratories, Inc. ("Dermatologic"), through their respective undersigned counsel of record and subject to the approval of this Court that, pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims which Tristrata asserts against Dermatologic, and all counterclaims which Dermatologic asserts against Tristrata, are hereby dismissed.

Each party shall bear its own attorneys' fees and costs.

RLF1-2934830-1

| | |
|---|---|
| /s/ Arthur G. Connolly, III | *[signature]* |
| Arthur G. Connolly, III (#2667) | Frederick L. Cottrell, III (#2555) |
| ac3@cblhlaw.com | cottrell@rlf.com |
| Francis DiGiovonni (#3189) | Matthew W. King (#4566) |
| fd@cblhlaw.com | king@rlf.com |
| Connolly, Bove, Lodge & Hutz LLP | Richards, Layton & Finger, P.A. |
| The Nemours Building | One Rodney Square, P.O. Box 551 |
| 1007 N. Orange Street, P.O. Box 2207 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 651-7700 |
| Attorneys for Plaintiff, | Attorneys for Defendant |
| Tristrata Technology, Inc. | Dermatologic Cosmetic Laboratories Inc. |

SO ORDERED THIS _____ DAY OF _____, 2005

_____
United States District Judge

RLF1-2934830-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1263-JJF |
| BEAUTY UNDERNEATH, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court has been advised by Arthur G. Connolly, III, Esquire that Plaintiff and the two remaining Defendants have reached a settlement in this matter (D.I. 73);

NOW THEREFORE, IT IS HEREBY ORDERED that this matter is **STAYED** and **CLOSED** administratively. The parties shall file a Stipulation of Dismissal, which may include terms of the settlement, within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

November 17, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE